# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| JAMILLE BARKSDALE | NO. 08-186-03 |

## O R D E R

**AND NOW**, this 16th day of March, 2021, upon consideration of *pro se* defendant Jamille Barksdale's Motion for Compassionate Release (Document No. 457, filed December 21, 2020) and the Government's Response in Opposition to Defendant's Motion to Reduce Sentence (Document No. 461, filed January 26, 2021), for the reasons stated in the accompanying Memorandum dated March 16, 2021, **IT IS ORDERED** that *pro se* defendant's Motion for Compassionate Release is **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.